In the Matter of Supplementary Proceedings: MARY H. PRIESTLEY, Respondent, v. OSCAR BERG, Appellant.— Motion to restrain enforcement of judgment granted provided that the costs awarded by this court on November 9, 1928, be paid within three days from the entry of the order herein; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ.

In the Matter of the Application of ABRAHAM B. PRUDEN, the Administrator of the Estate of EZRA FINDLAY PRUDEN, etc., for Payment of Awards for Damage Parcels Nos. 3E and 4, etc., in the Proceeding to Acquire Title by the City of New York to Certain Lands and Premises Situated on the Northerly Side of Copeland Avenue between Montague and Griffith Avenues, Glendale, Borough of Queens, City of New York, Duly Selected as a Site for School Purposes According to Law.— Motion to confirm report of official referee and to direct payment of award granted. Order signed. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ.

In the Matter of the Judicial Settlement of the Accounts of CHARLES W. HUBBARD and WILLIAM A. YOUNG, Executors of the Estate of JOHN M. TOUCEY, Late of Great Neck, Long Island, Nassau County, Deceased.— Motion to permit the omission of the executors' accounts from the printed record on appeal granted. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ.

In the Matter of the Application of CANZIO VITANZA for an Order Canceling and Discharging Conditional Bills of Sale Filed by FEDERAL PLUMBING SUPPLY Co., INC.— Motion for stay granted. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ.

MABEL F. ISQUITH, Respondent, v. JOHN H. ISQUITH, Appellant.— Motion for stay granted upon condition that, within five days from the entry of the order herein, appellant file an undertaking, with corporate surety, to secure to respondent the payment of all sums due under the order from which the appeal is taken and which may accrue up to the determination of the appeal; otherwise, motion denied. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ.

LOUIS KEILSON, Respondent, v. CHARLES GLASSER, Appellant.— Motion for stay granted. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ.

ETHEL LUBARSKY, Respondent, v. FANNIE EDELMAN, Appellant. SAMUEL LIPSCHUTZ and MIKE BELKIN, Defendants.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ.

SAM MALAFSKY, Respondent, v. W. M. RITTER FLOORING CORPORATION, Respondent. KREIDEL BUILDING CORPORATION, Appellant.— Motion of plaintiff, respondent, to dismiss appeal granted and appeal dismissed, with costs and ten dollars costs of motion. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ.

SAM MALAFSKY, Respondent, v. W. M. RITTER FLOORING CORPORATION, Respondent. KREIDEL BUILDING CORPORATION, Appellant.— Motion of defendant, respondent, to dismiss appeal granted and appeal dismissed, with costs and ten dollars costs of motion. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ.

ELIZABETH MANDEL, an Infant, by RACHEL MANDEL, Her Guardian ad Litem, Respondent, v. EMANUEL SCHOENFELD, Appellant.— Motion for stay granted. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ.